# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00814-CV

### In re Shawn Sanders

### ORIGINAL PROCEEDING FROM BEXAR COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Shawn Sanders has filed a submission with this Court complaining of miscellaneous issues related to relator's felony conviction in the underlying matter in the 226th District Court of Bexar County, Texas, and ostensibly seeking habeas relief. We lack habeas jurisdiction of the underlying case because the original habeas jurisdiction of a court of appeals is limited to cases in which "it appears that the restraint of liberty is by virtue of an order, process, or commitment issued by a court or judge because of the violation of an order, judgment, or decree previously made, rendered, or entered by the court or judge in a civil case," which is not the case here. Tex. Gov't Code § 22.221(d). Additionally, we lack jurisdiction because Bexar County is not in our court of appeals district. *See* Tex. Gov't Code § 22.221(b)(1) (bestowing jurisdiction on a court of appeals to issue a writ of mandamus to the judge of a district, statutory county, statutory probate county, or county court in the court of appeals district); *id*. § 22.201(e) (stating Bexar County is in the Fourth Court of Appeals District). Accordingly, the petition is dismissed for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Filed:   January 28, 2025